# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

v.                                       Case No. 98-CR-60

**GREGORY SALLIS**
    **Defendant.**

## ORDER

Defendant Gregory Sallis filed a motion for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), which I denied on September 6, 2013. Defendant then filed a notice of appeal, along with an affidavit in support of a motion for leave to appeal in forma pauperis. Based on a review of that affidavit, it appears that defendant is unable to pay the required fees or give security therefore. It also appears that the appeal is taken in good faith.

**THEREFORE, IT IS ORDERED** that defendant's request to proceed on appeal in forma pauperis is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 21st day of November, 2013.

                                                /s Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge